_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 16, 2023

Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Carlos R. Hernandez-Vivoni, Trial Attorney
State Bar No. TX 24096186
Jared A. Day, Trial Attorney
State Bar No. CA 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard, So., Ste. 4300
Las Vegas, NV 89101
Tel.: (775) 784-5335
Fax: (775) 784-5531
Email: *jared.a.day@usdoj.gov*

Attorneys for the United States Trustee for Region 17
        TRACY HOPE DAVIS

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TERESA RENITA BURWELL,<br><br>        Debtor. | Case No: 23-10056-mkn<br><br>Chapter 7<br><br><br>Hearing Date: March 15, 2023<br>Hearing Time: 2:30 p.m.<br>Hearing Location: Telephonic |

### ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DENY DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727(a)(8)

The United States Trustee's ("UST") *Motion to Deny the above-captioned Debtor's Discharge Pursuant to 11 U.S.C. § 727(a)(8)* ("Motion") came on for hearing after proper notice

1

at the above-stated date and time.  ECF No. 13.  Jared A. Day, Esq. appeared for the UST.  No appearance was made by or on behalf of the pro se Debtor.  No opposition being filed, the Court having reviewed the Motion, considered the arguments of the UST, and for the reasons recited on the record;

IT IS HEREBY ORDERED that the UST's Motion is granted; and

IT IS HEREBY FURTHER ORDERED that the above-captioned Debtor's discharge is denied.

Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By:    /s/ Jared A. Day
       Jared A. Day
       Trial Attorney for United States Trustee

###

2

**LOCAL RULE 9021 CERTIFICATION**

In accordance with LR 9021, the Attorney submitting this document certifies as follows:

_____    The court has waived the requirement set forth in LR 9021(b)(1).

_X_    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all Attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

**NA**

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 15, 2023

_/s/ Jared A. Day_____
Jared A. Day
Trial Attorney for the United States Trustee